UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

  Plaintiff,

  v.  Case No. 07-CR-204

MICHAEL LOCK, et al.,

  Defendant.

## MOTION TO SEAL

  The United States of America, by its attorneys, hereby moves the Court to seal the enclosed document submitted on February 9, 2010, in the above-captioned matter until further order of the Court. As grounds, the government relies upon the facts and circumstances described in the document.

  A proposed order accompanies this motion.

  Dated at Milwaukee, Wisconsin this 9th day of February, 2010.

          Respectfully submitted,

          JAMES L. SANTELLE
          United States Attorney

  By:

          s/CAROL L. KRAFT
          Assistant United States Attorneys
          Carol L. Kraft Bar Number: 1000117
          Attorney for Plaintiff
          Office of the United States Attorney
          Eastern District of Wisconsin
          517 East Wisconsin Avenue, Room 530
          Milwaukee, Wisconsin 53202
          Telephone: (414) 297-1702
          Fax: (414) 297-1738
          E-Mail: carol.kraft.@usdoj.gov